IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JERRY LEE DANSBY, #168953,** : | |
|    Petitioner, : | |
| : | |
| v. : | CIVIL ACTION 17-00441-KD-MU |
| : | |
| **WARDEN ESTES,** : | |
|    Respondent. : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 1, 2018 is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner Jerry Lee Dansby's Section 2254 petition for writ of habeas corpus is **DISMISSED** as time-barred under Section 2244(d) and he is not entitled to a certificate of appealability and therefore, not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **26th** day of **March 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**